# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1988

_____

Edmund T. Biggs,                              *
                                             *
                    Appellant,               *
                                             *    Appeal from the United States
        v.                                   *    District Court for the Southern
                                             *    District of Iowa.
Deere & Company; John Deere                  *
Company, sued as John Deere                  *    [UNPUBLISHED]
Davenport Works; International Union,         *
United Automobile, Aerospace &               *
Agricultural Implement Workers of            *
America, Local 281,                          *
                                             *
                    Appellees.               *

_____

Submitted: April 20, 2006
Filed: May 2, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Edmund T. Biggs appeals the district court's[*] adverse grant of summary judgment in Biggs's Employment Retirement Income Security Act (ERISA) lawsuit. Having conducted de novo review, see Torres v. UNUM Life Ins. Co. of Am., 405

_____

[*]The Honorable Charles R. Wolle, United States District Judge for the southern District of Iowa.

F.3d 670, 677 (8th Cir. 2005), we agree Biggs's ERISA claims must fail:  the issues he raises are foreclosed by a settlement agreement he signed in 1991.  Cf. Leavitt v. Nw. Bell Tel. Co., 921 F.2d 160, 162 (8th Cir. 1990) (private settlements of ERISA claims do not compromise policies underlying ERISA).  Biggs offered no evidence in support of his claims of fraud, breach of fiduciary duty, or improper conduct involving either the settlement agreement or the calculation of his benefits.  His remaining assertions are either raised for the first time on appeal or are without merit.

Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny the pending motion.

_____